DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 




 NO. 12-02-00110-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




MARTIN SAUCEDO,
§
 APPEAL FROM THE 241ST

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS







MEMORANDUM OPINION (1)


 Appellant has filed a motion to dismiss his appeal. The motion is signed by Appellant and
his counsel. No decision having been delivered by this court, the motion is granted, and the appeal
is dismissed in accordance with Texas Rule of Appellate Procedure 42.2.


Opinion delivered July 3, 2002.

Panel consisted of Gohmert, Jr., C.J., Worthen, J., and Griffith, J.






(DO NOT PUBLISH)









COURT OF APPEALS


TWELFTH COURT OF APPEALS DISTRICT OF TEXAS


JUDGMENT



JULY 3, 2002



NO. 12-02-00110-CR



MARTIN SAUCEDO,


Appellant


V.


THE STATE OF TEXAS,


Appellee






 Appeal from the 241st Judicial District Court


 of Smith County, Texas. (Tr. Ct. No. 241-0013-01)









 THIS CAUSE came on to be heard on the motion of the Appellant to dismiss
the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and
DECREED by this Court that the appeal be Dismissed, and that this decision be certified to the court
below for observance.

 By memorandum opinion.

 Panel consisted of Gohmert, Jr., C.J., Worthen, J., and Griffith, J.


















THE STATE OF TEXAS


M A N D A T E


TO THE 241ST JUDICIAL DISTRICT COURT OF SMITH COUNTY, GREETINGS:


 Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 3rd
day of July, 2002, the cause upon appeal to revise or reverse your judgment between


MARTIN SAUCEDO, Appellant



NO. 12-02-00110-CR and Tr. Ct. Case Number 241-0013-01



Opinion by Memorandum.



THE STATE OF TEXAS, Appellee



was determined; and therein our said Court made its order in these words:

 THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein,
and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court
that the appeal be Dismissed, and that this decision be certified to the court below for observance.


 WHEREAS, YOU ARE HEREBY COMMANDED to observe the foregoing order of said
Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things
have it duly recognized, obeyed, and executed.


 WITNESS, THE HONORABLE LOUIS B. GOHMERT, JR., Chief Justice of said Court
of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of
Tyler, this the ______ day of __________________, 200_.


 CATHY S. LUSK, CLERK



 By:_______________________________

 Deputy Clerk 

1. See Tex. R. App. P. 47.1.